JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THYRONE RYAN STEWART, | Case No. EDCV 23-0544-MWF (KS) |
| Petitioner | |
| v. | **JUDGMENT** |
| JAMES HILL, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE and the request for a Certificate of Appealability is DENIED.

Dated: August 18, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge